██ In the Matter of BRUCE J. SCROXTON, Respondent, v KAREN SYKES, Appellant. [986 NYS2d 373]—Appeal from an order of the Family Court, Chautauqua County (Paul G. Buchanan, A.J.), entered July 2, 2013 in a proceeding pursuant to Family Court Act article 6. The order granted the petition seeking a modification of visitation.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Sconiers, Whalen and DeJoseph, JJ.

██ SEVEN CORNERS SHOPPING CENTER FALLS CHURCH, VA. LIMITED PARTNERSHIP, Respondent, v TRACEY LING, Appellant, et al., Defendant. [984 NYS2d 912]—Appeal from a judgment of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered March 21, 2013 in a breach of contract action. The judgment awarded plaintiff money damages against defendant Tracey Ling.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on February 12 and 13, 2014,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Peradotto, Sconiers, Whalen and DeJoseph, JJ.

██ Matter of SUSAN N. BURGESS, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [984 NYS2d 912]—Order of suspension entered pursuant to 22 NYCRR 1022.23 (b). Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Apr. 16, 2014.)

██ Matter of VINCENT P. CIGNARALE, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [986 NYS2d 374]—Order of suspension entered. Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Apr. 23, 2014.)

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL STONE, Appellant. [986 NYS2d 374]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Carni, Lindley and Valentino, JJ.